United States District Court
Middle District of North Carolina
1:17-cv-1142

Casey Rafeal Tyler, Plaintiff,

v.

Katy Poole, et al., Defendants

NOTICE OF APPEAL

Plaintiff named above hereby appeals to the U.S. Court of Appeals for the Fourth Circuit from the Joint Stipulation of Dismissal filed herein on 12-20-2022.

Full payment of appeal fee enclosed.

Tyler

P.O. Box 506
Maury, NC 28554

1-5-2023